No. 433. McGraw-Edison Co. *v.* Preformed Line Products Co. C. A. 9th Cir. Certiorari denied. *Herbert A. Huebner, Richard M. Worrel* and *Harlan P. Huebner* for petitioner. *Richard F. Stevens* and *Patrick H. Hume* for respondent.

No. 435. West et al. *v.* Gilbert et al. C. A. 2d Cir. Certiorari denied. *Richard H. Wels* for petitioners. *Donald J. Cohn* for respondents E. L. Bruce Co., Inc., et al., *Julian Jawitz* for respondent D'Susa and *Israel G. Seeger* for respondents Fio Rito et al.

No. 436. Norfolk Dredging Co. *v.* United States. Ct. Cl. Certiorari denied. *Francis N. Crenshaw* and *Guilford D. Ware* for petitioner. *Solicitor General Marshall* for the United States.

No. 439. Herlong-Sierra Homes, Inc. *v.* United States. C. A. 9th Cir. Certiorari denied. *Benjamin H. Dorsey* and *Alvin Landis* for petitioner. *Solicitor General Marshall* for the United States.

No. 442. Volkswagen Interamericana, S. A. *v.* Rohlsen. C. A. 1st Cir. Certiorari denied. *Raymond L. Falls, Jr.,* for petitioner. *John D. Marsh* for respondent.

No. 443. Schabert *v.* United States. C. A. 2d Cir. Certiorari denied. *Arthur Karger* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.